IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **TIME WARNER CABLE INC., K/N/A CHARTER COMMUNICATIONS, INC.,**<br><br>    Plaintiff,<br><br>vs.<br><br>**GREER COOPER-DORSEY**,<br><br>    Defendant. | Case No. 4:19-cv-151 |

## PLAINTIFF'S MOTION TO COMPEL ARBITRATION AND STAY THE STATE COURT ACTION

Plaintiff Time Warner Cable Inc., now known as Charter Communications, Inc. ("TWC"), pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA") and the parties' Arbitration Agreement, by and through its undersigned counsel, respectfully moves for an Order compelling arbitration of Defendant's claims based on her employment, including those brought in the Circuit Court of Jackson County, Missouri in *Greer Cooper-Dorsey v. Time Warner Cable n/k/a Charter Communications, Inc., et al.*, Case No. 1816-CV26162 (the "State Court Action"). Plaintiff incorporates its Suggestions in Support as if fully set forth herein.

WHEREFORE, Plaintiff respectfully requests the Court to issue an Order compelling arbitration on all claims arising out of or related to Defendant's employment, including Defendant's claims against TWC and TWC employees in the State Court Action, issue an Order staying the State Court Action pending arbitration, and that the Court grant such other relief as it deems just and proper.

Dated: February 28, 2019

Respectfully submitted,

LATHROP GAGE LLP

/s/ Jill Waldman
Rosalee McNamara, MO Bar No. 33645
Jill Waldman, MO Bar No. 51568
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Tele: 816-292-2000
Fax: 816-292-2001
Email: rmcnamara@lathropgage.com
jwaldman@lathropgage.com

MORGAN, LEWIS & BOCKIUS LLP
Sari M. Alamuddin (*pro hac vice forthcoming*)
Thomas F. Hurka (*pro hac vice forthcoming*)
Emily T. Jastromb (*pro hac vice forthcoming*)
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Tele: 312-324-1000
Fax: 312-324-1001
Email: sari.alamuddin@morganlewis.com
thomas.hurka@morganlewis.com
emily.jastromb@morganlewis.com

**ATTORNEYS FOR PLAINTIFF**